IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>Plaintiff,<br><br>v.<br><br>OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,<br><br>Defendants | Civil Action No. 1:13-cv-03524 |

## CONSENT TO BECOME A PARTY PLAINTIFF

**COMES NOW** Nancy Webb and through the following Consent Form consents to become a party plaintiff to the above-captioned action.

Respectfully submitted this 31st day of October 2013.

/s/ W. Anthony Collins, Jr.
W. Anthony Collins, Jr.
Georgia Bar No. 141712
Smith Collins, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
(770) 378-1408
wicollin@hotmail.com

1

/s/ James R. Fletcher II
James R. Fletcher II
Georgia Bar No. 232541
Merritt & Fletcher, LLC
1265 West Spring St., Ste. A
Smyrna, GA 30080
(678) 607-6053
jim@MerrittFletcher.com

# CONSENT FORM

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq, to recover compensation due and owing to me from my former employer, the Oasis Good Time Emporium I, Inc., and or any related entity or individual that is determined to owe these wages

2. Within the last three years I was employed by the Oasis Good Time Emporium I, Inc. as a dancer or entertainer.

3. I hereby designate the law firms of Smith Collins, LLC, Merritt & Fletcher, LLC and The Blaska Law Firm LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

10/30/13
Date

*[signature]*
Signature

Nancy Webb
Printed Name