IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,<br><br>　　　　Defendants. | Civil Action No. 1:13-cv-03524-TCB |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to L.R. 3.3, Defendants Oasis Goodtime Emporium I, Inc. and Barbara Holcomb file Defendants' Certificate of Interested Persons and Corporate Disclosure Statement, showing the Court as follows:

1. The undersigned counsel of record for a party to this action certify that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

      As to Defendants:  Oasis Goodtime Emporium, I, Inc.
                           Barbara Holcomb

2.  The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

      As to Defendants: Harold Oden

3.  The undersigned further certify that they are aware of the following persons serving as attorneys for the parties or acting pro se in this proceeding:

<u>Attorneys for Defendants</u>
Bennet D. Alsher
Ford & Harrison LLP

Alan I. Begner
Cory G. Begner
Begner & Begner

<u>Attorneys for Plaintiff</u>
W. Anthony Collins, Jr.
Smith Collins, LLC

James R. Fletcher II
Merritt & Fletcher, LLC

# CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel for Defendants certify that this document has been prepared in Times New Roman, 14-point font, which is one of the fonts and point selections approved by the Court in Local Rule 5.1(B).

Respectfully submitted this 17th day of December, 2013.

|  |  |
|---|---|
|  | /s/ Bennet D. Alsher |
|  | Bennet D. Alsher |
|  | Georgia Bar No. 013682 |
|  | balsher@fordharrison.com |
|  | Telephone:  404-888-3852 |
|  | Facsimile:   404-832-8702 |
| FORD & HARRISON LLP |  |
| 271 17th Street, NW |  |
| Suite 1900 |  |
| Atlanta, GA  30363 |  |
|  | Alan I. Begner |
|  | Georgia Bar No. 046975 |
|  | abegner@begnerlaw.com |
|  | Cory G. Begner |
|  | Georgia Bar No. 046980 |
|  | cbegner@begnerlaw.com |
| BEGNER & BEGNER, P.C. |  |
| 5180 Roswell Road |  |
| South Building, Suite 100 |  |
| Atlanta, Georgia 30342 |  |
| Telephone: 404-531-0103 |  |
| Facsimile:  404-531-0107 |  |
|  | Attorneys for Defendants |
|  | Oasis Goodtime Emporium I, Inc. and Barbara Holcomb |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>      Plaintiff,<br><br>  v.<br><br>OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,<br><br>      Defendants. | Civil Action No. 1:13-cv-03524-TCB |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on December 17, 2013, he electronically filed the foregoing **DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**, with the Clerk of Court using the CM/ECF System which will automatically send e-mail notification of such filing to the attorneys of record:

| | |
|---|---|
| W. Anthony Collins, Jr.<br>Smith Collins, LLC<br>8565 Dunwoody Place<br>Building 15, Suite B<br>Atlanta, GA  30350 | James R. Fletcher II<br>Merritt & Fletcher, LLC<br>1265 West Spring St., Ste. A<br>Smyrna, GA  30080 |

|  |  |
|---|---|
|  | /s/ Bennet D. Alsher |
|  | Bennet D. Alsher |
|  | Georgia Bar No. 013682 |
|  | balsher@fordharrison.com |
|  | Telephone: 404-888-3852 |
|  | Facsimile: 404-832-8702 |
| FORD & HARRISON LLP | |
| 271 17th Street, NW | |
| Suite 1900 | |
| Atlanta, GA 30363 | |
|  | Attorney for Defendants |
|  | Oasis Goodtime Emporium I, Inc. and |
|  | Barbara Holcomb |

Atlanta:613060.1

5