IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>        Plaintiff,<br><br>        v.<br><br>OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,<br><br>        Defendants | Civil Action No. 1:13-cv-03524-TCB |

**NOTICE OF CONSENT FILING**

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

    Nancy Webb

    Antoinette Garrett

Dated: January 11, 2014

| | |
|---|---|
| SMITH COLLINS, LLC<br>8565 Dunwoody Place<br>Bldg. 15, Ste. B<br>Atlanta, GA 30350 | */s/ W. Anthony Collins, Jr.*<br>W. Anthony Collins, Jr.<br>Georgia Bar No. 141712 |

(770) 378-1408
wicollin@hotmail.com

MERRITT & FLETCHER
1265 West Spring St., Ste. A
Smyrna, GA 30080
(678) 607-6053
jim@MerrittFletcher.com

/s/ James R. Fletcher II
James R. Fletcher II
Georgia Bar No. 232541

*Attorneys for Plaintiffs*

## **CONSENT FORM**

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq, to recover compensation due and owing to me from my former employer, the Oasis Good Time Emporium I, Inc., and or any related entity or individual that is determined to owe these wages

2. Within the last three years I was employed by the Oasis Good Time Emporium I, Inc. as a dancer or entertainer.

3. I hereby designate the law firms of Smith Collins, LLC, Merritt & Fletcher, LLC and The Blaska Law Firm LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

10/30/13
Date

_[signature]_
Signature

Nancy Webb
Printed Name

## CONSENT FORM

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq, to recover compensation due and owing to me from my employer, Oasis Goodtime Emporium, and or any related entity or individual that is determined to owe these wages.

2. Within the last three years, I was employed by Oasis Goodtime Emporium as a dancer or entertainer.

3. I hereby designate the law firms of Smith Collins, LLC; Merritt & Fletcher, LLC; and The Blaska Law Firm, LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

January 10, 2014
Date

Antoinette Garrett
Name

*[signature]*
Signature

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>   Plaintiff,<br><br>   v.<br><br>OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,<br><br>   Defendants | Civil Action No. 1:13-cv-03524-TCB |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>   Alan I. Begner
>   5180 Roswell Rd.,
>   South Bldg., Suite 100
>   Atlanta, GA 30342
>   abegner@bellsouth.net
>
>   Cory Goldsmith Begner
>   Bergner & Bergner, P.C.
>   5180 Roswell Rd., N.W.

South Building, Suite 100
Atlanta, GA 30342
CBEGNER@BELLSOUTH.NET

Bennet Dean Alsher
Ford & Harrison LLP-ATL
Suite 1900
271 17th Street, NW
Atlanta, GA 30363
BAlsher@fordharrison.com

Dated: January 11, 2014

|  |  |
|---|---|
|  | */s/ W. Anthony Collins, Jr.* |
| SMITH COLLINS, LLC | W. Anthony Collins, Jr. |
| 8565 Dunwoody Place | Georgia Bar No. 141712 |
| Bldg. 15, Ste. B |  |
| Atlanta, GA 30350 |  |
| (770) 378-1408 |  |
| wicollin@hotmail.com |  |
|  |  |
|  | */s/ James R. Fletcher II* |
| MERRITT & FLETCHER | James R. Fletcher II |
| 1265 West Spring St., Ste. A | Georgia Bar No. 232541 |
| Smyrna, GA 30080 |  |
| (678) 607-6053 |  |
| jim@MerrittFletcher.com |  |
|  |  |
|  | *Attorneys for Plaintiffs* |