IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>      Plaintiff,<br><br>v.<br><br>OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,<br><br>      Defendants | Civil Action No. 1:13-cv-03524-TCB |

**NOTICE OF CONSENT FILING**

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached Consent Forms for the following persons:

      Ashley Berryhill

Dated: January 18, 2014

SMITH COLLINS, LLC
8565 Dunwoody Place
Bldg. 15, Ste. B
Atlanta, GA 30350
(770) 378-1408
wicollin@hotmail.com

/s/ W. Anthony Collins, Jr.
W. Anthony Collins, Jr.
Georgia Bar No. 141712

MERRITT & FLETCHER  
1265 West Spring St., Ste. A  
Smyrna, GA 30080  
(678) 607-6053  
jim@MerrittFletcher.com

*/s/ James R. Fletcher II*
James R. Fletcher II
Georgia Bar No. 232541

*Attorneys for Plaintiffs*

# CONSENT FORM

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq, to recover compensation due and owing to me from my employer, Oasis Goodtime Emporium, and or any related entity or individual that is determined to owe these wages.

2. Within the last three years, I was employed by Oasis Goodtime Emporium as a dancer or entertainer.

3. I hereby designate the law firms of Smith Collins, LLC; Merritt & Fletcher, LLC; and The Blaska Law Firm, LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

01/17/2014
Date

Ashley Berryhill
Name

*[signature]*
Signature

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,<br><br>      Plaintiff,<br><br>      v.<br><br>OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,<br><br>      Defendants | Civil Action No. 1:13-cv-03524-TCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2009, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

>Alan I. Begner & Cory G. Begner
>5180 Roswell Rd.,
>South Bldg., Suite 100
>Atlanta, GA 30342
>abegner@bellsouth.net
>
>Bennet Dean Alsher
>Ford & Harrison LLP-ATL
>Suite 1900

271 17th Street, NW
Atlanta, GA 30363
BAlsher@fordharrison.com

Dated: January 18, 2014

|  |  |
|---|---|
| SMITH COLLINS, LLC | */s/ W. Anthony Collins, Jr.* |
| 8565 Dunwoody Place | W. Anthony Collins, Jr. |
| Bldg. 15, Ste. B | Georgia Bar No. 141712 |
| Atlanta, GA 30350 |  |
| (770) 378-1408 |  |
| wicollin@hotmail.com |  |
|  |  |
|  | */s/ James R. Fletcher II* |
| MERRITT & FLETCHER | James R. Fletcher II |
| 1265 West Spring St., Ste. A | Georgia Bar No. 232541 |
| Smyrna, GA 30080 |  |
| (678) 607-6053 |  |
| jim@MerrittFletcher.com |  |
|  |  |
|  | *Attorneys for Plaintiffs* |