## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action, | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | 1:13-CV-03524-ELR |
| OASIS GOODTIME EMPORIUM I, INC., ALAN HOLCOMB, and BARBARA HOLCOMB , | * * * * | |
| Defendants. | * | |

_____

## O R D E R
_____

This matter comes before the Court upon review of the information contained in the Joint Submission Regarding the Status of Discovery (Doc. No. 34).

The Court **ORDERS** the case shall proceed according to the following schedule:

| TASK | DEADLINE |
|---|---|
| Deadline for Notice to Be Sent to Potential Class Members | **July 17, 2015** |
| Deadline for "Opt-in" Period | **September 15, 2015** |
| Deadline of Discovery Period | **January 15, 2016** |

| Deadline to File a Motion for Decertification | **February 16, 2016** |
|---|---|
| Summary Judgment Motions <u>OR</u> Consolidated Pretrial Order Due | **March 15, 2016** |
| Consolidated (Proposed) Pretrial Order | 30 days after Order on Motion(s) for Summary Judgment |

If notice is sent prior to July 17, 2015, the Parties agree that the 60-day deadline shall begin to run from the date on which notice is sent.

The Clerk is directed to submit this action **by March 16, 2016**, if the Parties have not filed a Motion for Summary Judgment or Proposed Consolidated Pretrial Order.   Parties are reminded that motions requesting extensions of time for discovery must be made <u>prior</u> to expiration of the existing discovery period.  <u>See</u> Local Rule 26.2(B).

**SO ORDERED**, this 24th day of June, 2015.


_____
ELEANOR L. ROSS
UNITED STATES DISTRICT JUDGE