# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **NANCY WEBB, individually and on behalf of all others similarly situated who consent to their inclusion in a collective action,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**OASIS GOODTIME EMPORIUM I, INC., a corporation; and Alan Holcomb and Barbara Holcomb, individuals,**<br><br>**Defendants.** | Civil Action No. 1:13-cv-03524-ELR |

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiffs hereby file the attached consent forms for the following persons:

Lyndsey Saxon

Sara Gheldar

Starr Sullivan

Vettrell Adams

Whitney Gates

Dated: July 30th, 2015.

|  |  |
|---|---|
|  | */s/ W. Anthony Collins, Jr.* |
| SMITH COLLINS & FLETCHER, P.A. | W. Anthony Collins, Jr. |
| 8565 Dunwoody Place | Ga. Bar No. 141712 |
| Bldg. 15, Ste. B |  |
| Atlanta, GA 30350 |  |
| Phone: (678) 245-6785 |  |
| Anthony@SCandF.com |  |

|  |  |
|---|---|
|  | */s/ James R. Fletcher, II* |
| SMITH COLLINS & FLETCHER, P.A. | James R. Fletcher, II |
| 8565 Dunwoody Place | Ga. Bar No. 232541 |
| Bldg. 15, Ste. B |  |
| Atlanta, GA 30350 |  |
| Phone: (678) 245-6785 |  |
| Jim@SCandF.com |  |

## CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation I may be owed by Oasis Goodtime Emporium I, Inc. and Barbara Holcomb. I understand that I will not be a named Plaintiff in this action and will instead be an "opt-in participant". As such I hereby designate the named Plaintiffs in this matter as my agent for purposes of making decisions regarding this lawsuit and settlement. I understand that the decisions made by the named Plaintiffs will be binding on me.

2. During the past three years, I worked as a dancer at the nightclub Oasis Goodtime Emporium located in Atlanta. I did not receive an hourly wage, and I was required to pay fees to the nightclub when I worked.

3. I hereby designate the law firm of Smith Collins & Fletcher, P.A., to represent me in this matter.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Oasis Goodtime Emporium I, Inc. and Barbara Holcomb.

Date: 7/20/15   Signature: Lyndsey Saxon

Print Name: Lyndsey Kathleen Saxon

## CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation I may be owed by Oasis Goodtime Emporium I, Inc. and Barbara Holcomb. I understand that I will not be a named Plaintiff in this action and will instead be an "opt-in participant". As such I hereby designate the named Plaintiffs in this matter as my agent for purposes of making decisions regarding this lawsuit and settlement. I understand that the decisions made by the named Plaintiffs will be binding on me.

2. During the past three years, I worked as a dancer at the nightclub Oasis Goodtime Emporium located in Atlanta. I did not receive an hourly wage, and I was required to pay fees to the nightclub when I worked.

3. I hereby designate the law firm of Smith Collins & Fletcher, P.A., to represent me in this matter.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Oasis Goodtime Emporium I, Inc. and Barbara Holcomb.

Date: 7, 16, 2015      Signature: _____

Print Name: Sara Gheldar

## CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation I may be owed by *Oasis Goodtime Emporium I, Inc.* and Barbara Holcomb. I understand that I will not be a named Plaintiff in this action and will instead be an "opt-in participant". As such I hereby designate the named Plaintiffs in this matter as my agent for purposes of making decisions regarding this lawsuit and settlement. I understand that the decisions made by the named Plaintiffs will be binding on me.

2. During the past three years, I worked as a dancer at the nightclub Oasis Goodtime Emporium located in Atlanta. I did not receive an hourly wage, and I was required to pay fees to the nightclub when I worked.

3. I hereby designate the law firm of Smith Collins & Fletcher, P.A., to represent me in this matter.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Oasis Goodtime Emporium I, Inc. and Barbara Holcomb.

Date: July 12, 2015   Signature: Starr Kathleen Sullivan

Print Name: Starr Kathleen Sullivan

## CONSENT FORM

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation I may be owed by Oasis Goodtime Emporium I, Inc. and Barbara Holcomb. I understand that I will not be a named Plaintiff in this action and will instead be an "opt-in participant". As such I hereby designate the named Plaintiffs in this matter as my agent for purposes of making decisions regarding this lawsuit and settlement. I understand that the decisions made by the named Plaintiffs will be binding on me.

2. During the past three years, I worked as a dancer at the nightclub Oasis Goodtime Emporium located in Atlanta. I did not receive an hourly wage, and I was required to pay fees to the nightclub when I worked.

3. I hereby designate the law firm of Smith Collins & Fletcher, P.A., to represent me in this matter.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Oasis Goodtime Emporium I, Inc. and Barbara Holcomb.

Date: 7-13-15    Signature: /s/ Vettrell Adams

Print Name: Vettrell Adams

No Information Included Below Will be Filed With the Court

## **CONSENT FORM**

1. I hereby consent to join the lawsuit brought under the Fair Labor Standards Act, 29 U.S.C. § 201, et seq., to recover compensation I may be owed by Oasis Goodtime Emporium I, Inc. and Barbara Holcomb. I understand that I will not be a named Plaintiff in this action and will instead be an "opt-in participant". As such I hereby designate the named Plaintiffs in this matter as my agent for purposes of making decisions regarding this lawsuit and settlement. I understand that the decisions made by the named Plaintiffs will be binding on me.

2. During the past three years, I worked as a dancer at the nightclub Oasis Goodtime Emporium located in Atlanta. I did not receive an hourly wage, and I was required to pay fees to the nightclub when I worked.

3. I hereby designate the law firm of Smith Collins & Fletcher, P.A., to represent me in this matter.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims against Oasis Goodtime Emporium I, Inc. and Barbara Holcomb.

Date: 7/14/15        Signature: Whitney Gates

Print Name: Whitney Gates