# EXHIBIT 1

# Rick Warren

| | |
|---|---|
| **From:** | Susan Ross |
| **Sent:** | Friday, October 9, 2015 4:07 PM |
| **To:** | Jim@SCandF.com; anthony@SCandF.com; matthew.herrington@dcbflegal.com |
| **Cc:** | Rick Warren; Bennet Alsher; Kenshanna Oree |
| **Subject:** | Webb v. Oasis - Discovery:  1 of 4 emails [IWOV-WSACTIVELLP.FID1273042] |
| **Attachments:** | Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Vettrell Adams.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Vettrell Adams.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Jennifer Barlow.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Jennifer Barlow.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Maggie Baylor.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Maggie Baylor.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Angela Carroll.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Angela Carroll.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Jerica Carter.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Jerica Carter.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Laurie Disko.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Laurie Disko.DOC |

Attached in WORD format are *Defendant Oasis Goodtime Emporium, Inc.'s First Interrogatories and First Request for Production of Documents to Plaintiffs* sent on behalf of Frederick L. Warren.  Due to the number of documents [50 total], I am attaching them in 4 separate emails.

Thank you,


**Susan Ross**
Legal Assistant

**FORDHARRISON LLP | Ius Laboris USA | Global HR Lawyers**
271 17th Street NW, Suite 1900 | Atlanta, GA 30363
**Tel** 404-888-3803 | **F** 404-888-3863 | SRoss@fordharrison.com

www.fordharrison.com | www.iuslaboris.com

Follow us on: Facebook | Twitter | LinkedIn

1

# Rick Warren

| | |
|---|---|
| **From:** | Susan Ross |
| **Sent:** | Friday, October 9, 2015 4:21 PM |
| **To:** | Jim@SCandF.com; anthony@SCandF.com; matthew.herrington@dcbflegal.com |
| **Cc:** | Rick Warren; Bennet Alsher; Kenshanna Oree |
| **Subject:** | Webb v. Oasis - Discovery: 2 of 4 emails |
| **Attachments:** | Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Whitney Gates.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Whitney Gates.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Brittany Gephart.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Brittany Gephart.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Sara Gheldar.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Sara Gheldar.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Latira Harrison.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Latira Harrison.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Franshesca Kenya.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Franchesca Kenya.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Ameneh Kohandooz.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Ameneh Kohandooz.DOC |

Attached in WORD format are *Defendant Oasis Goodtime Emporium, Inc.'s First Interrogatories and First Request for Production of Documents to Plaintiffs* sent on behalf of Frederick L. Warren. Due to the number of documents [50 total], I am attaching them in 4 separate emails.

Thank you,


**Susan Ross**
Legal Assistant

**FORDHARRISON LLP | Ius Laboris USA | Global HR Lawyers**
271 17th Street NW, Suite 1900 | Atlanta, GA 30363
**Tel** 404-888-3803 | **F** 404-888-3863 | SRoss@fordharrison.com

www.fordharrison.com | www.iuslaboris.com

Follow us on: Facebook | Twitter | LinkedIn

1

# Rick Warren

| | |
|---|---|
| **From:** | Susan Ross |
| **Sent:** | Friday, October 9, 2015 4:24 PM |
| **To:** | Jim@SCandF.com; anthony@SCandF.com; matthew.herrington@dcbflegal.com |
| **Cc:** | Rick Warren; Bennet Alsher; Kenshanna Oree |
| **Subject:** | Webb v. Oasis - Discovery:  3 of 4 emails |
| **Attachments:** | Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Marquita McSwain.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Marquita McSwain.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Ashley Porter.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Ashley Porter.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Karen Reed.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Karen Reed.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Lyndsey Saxon.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Lyndsey Saxon.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Brittany Schell.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Brittany Schell.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Juliana Carter-Boff Straley.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Juliana Carter-Boff Straley.DOC |

Attached in WORD format are *Defendant Oasis Goodtime Emporium, Inc.'s First Interrogatories and First Request for Production of Documents to Plaintiffs* sent on behalf of Frederick L. Warren.  Due to the number of documents [50 total], I am attaching them in 4 separate emails.

Thank you,


**Susan Ross**
Legal Assistant

**FORDHARRISON LLP | Ius Laboris USA | Global HR Lawyers**
271 17th Street NW, Suite 1900 | Atlanta, GA 30363
**Tel** 404-888-3803 | **F** 404-888-3863 | SRoss@fordharrison.com

www.fordharrison.com | www.iuslaboris.com

Follow us on: Facebook | Twitter | LinkedIn

1

# Rick Warren

| | |
|---|---|
| **From:** | Susan Ross |
| **Sent:** | Friday, October 9, 2015 4:27 PM |
| **To:** | Jim@SCandF.com; anthony@SCandF.com; matthew.herrington@dcbflegal.com |
| **Cc:** | Rick Warren; Bennet Alsher; Kenshanna Oree |
| **Subject:** | Webb v. Oasis - Discovery:  4 of 4 emails |
| **Attachments:** | Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Starr Sullivan.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Starr Sullivan.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Christina Thompson.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Christina Thompson.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Nicole Vitone.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Nicole Vitone.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Meghan Wall.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Meghan Wall.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Sarah Waltermire.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Sarah Waltermire.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Brittany Williamson.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Brittany Williamson.DOC; Oasis - Webb - Defendants 1st Interrogatories to Plaintiff Carissa Wilson.DOC; Oasis - Webb - Defendants 1st Request For Production of Documents to Carissa Wilson.DOC |

Attached in WORD format are *Defendant Oasis Goodtime Emporium, Inc.'s First Interrogatories and First Request for Production of Documents to Plaintiffs* sent on behalf of Frederick L. Warren.  Due to the number of documents [50 total], I am attaching them in 4 separate emails.

Thank you,


**Susan Ross**
Legal Assistant

**FORDHARRISON LLP | Ius Laboris USA | Global HR Lawyers**
271 17th Street NW, Suite 1900 | Atlanta, GA 30363
**Tel** 404-888-3803 | **F** 404-888-3863 | SRoss@fordharrison.com

www.fordharrison.com | www.iuslaboris.com

Follow us on: Facebook | Twitter | LinkedIn

1