IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NANCY WEBB on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OASIS GOODTIME EMPORIUM I, INC. and BARBARA HOLCOMB,<br><br>Defendants. | CIVIL ACTION NO.:<br>1:13-cv-03524-ELR |

## ORDER

The above-styled case is before the Court on the Parties' Joint Motion for Review and Approval of Settlement and Release Agreement. The Parties have requested that the Court review and approve their proposed Settlement Agreement because it includes a release of claims arising under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. The Court has reviewed the proposed Settlement Agreement and finds that it is a fair and reasonable resolution of the Parties' dispute. Accordingly, the Parties' Joint Motion is **GRANTED** and their Settlement Agreement and Release is **APPROVED** and incorporated herein by reference. This Court shall retain jurisdiction over this matter until the terms set forth in Paragraph 1 of the Settlement Agreement have been complied with.

IT IS SO ORDERED, this _3rd_ day of _November_, 2016.

_Eleanor L. Ross_
Eleanor L. Ross
United States District Judge
Northern District of Georgia

| SUBMITTED BY: | CONSENTED TO BY: |
|---|---|
| /s/ *Bennet D. Alsher* | /s/ *W. Anthony Collins, Jr.* * |
| Bennet D. Alsher | W. Anthony Collins, Jr. |
| Georgia Bar No. 013682 | Georgia Bar No. 141712 |
| balsher@fordharrison.com | anthony@scplegal.com |
| Telephone: (404) 888-3852 | Fletcher Law Firm LLC |
| Facsimile: (404) 832-8702 | 8565 Dunwoody Place |
| Frederick L. Warren | Building 15, Suite B |
| Georgia Bar No. 738350 | Atlanta, GA 30350 |
| rwarren@fordharrison.com | Telephone: (770) 378-1408 |
| Telephone: (404) 888-3828 | Facsimile: (888) 413-3031 |
| Facsimile: (404) 832-8735 | |
| FORD & HARRISON LLP | /s/ *James R. Fletcher II* * |
| 271 17th Street, NW | James R. Fletcher II |
| Suite 1900 | Georgia Bar No. 232541 |
| Atlanta, Georgia 30363 | jim@jimfletcher.net |
| | Fletcher Law Firm LLC |
| | Building 15, Suite B |
| | Atlanta, GA 30350 |
| | Telephone: (678) 245-6785 |
| | Facsimile: (678) 999-5971 |
| | |
| | **\*with express permission** |
| Attorneys for Defendants | Attorneys for Plaintiffs |

WSACTIVELLP:8680169.1